**Order entered December 31, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01614-CV

## IN THE INTEREST OF Z.S., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1102-X**

## ORDER

Before the Court is the second motion of Pamela Sumler, Official Court Reporter for the

305th Judicial District Court of Dallas County, Texas, for an extension of time to file the

reporter's record in this accelerated appeal. We **GRANT** the motion **TO THE EXTENT** that

the reporter's record shall be filed **ON OR BEFORE FRIDAY, JANUARY 3, 2014**. *See* TEX.

R. APP. P. 35.3(c) (extension to file record in an accelerated appeal cannot exceed ten days).

    /s/      ELIZABETH LANG-MIERS
               JUSTICE